OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015
HINOJOSA, EDWARD          Tr. Ct. No. 1055437-A                    WR-82,619-01
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

*Discharged*

EDWARD HINOJOSA
BETO I UNIT - TDC #1388352
1391 FM 3328
TENNESSEE COLONY, TX 75880

UTF

43B 75880